IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| Zust Bachmeier of Switzerland, Inc. | * | |
| Plaintiff, | * | |
| i. | * | Civil Action No. JFM-02CV349 |
| Al Majdouie Group | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

## DEFAULT JUDGMENT

**JUDGMENT BY DEFAULT** is hereby entered against Defendant Al Majdouie Group for damages of $193,051.96, plus prejudgment interest of $39,498.43 plus costs (filing fee) of $150, in the total amount of **Two Hundred Thirty Two Thousand Seven Hundred Dollars and Thirty-Nine Cents ($232,700.39)**.

ENTERED this ___ day of _July_, 2002.

_____
J. Frederick Motz
United States District Court Judge