IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Zust Bachmeier of Switzerland, Inc. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. JFM-02CV349 |
| Al Majdouie Group | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

Plaintiff Zust Bachmeier of Switzerland, Inc. hereby dismisses the writ of garnishment as to garnishee Halliburton Technical Services, Inc.

Date: 8-29-2002

W. Charles Bailey, Jr. (#23580)
Greber & Simms
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
(410) 783-5795

Counsel for plaintiff

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 24th day of August 2002, a copy of the foregoing Notice of Dismissal was sent by first class, U.S. mail to the following:

Al Majdouie Group
S.I. Mustafa, Vice President of Logistics
P.O. Box 336
Dammam
Kingdom of Saudi Arabia 31411

Defendant

and

Joseph E. Schuler, Esquire
Littler Mendelson
1225 I Street, N.W.
Suite 1000
Washington, D.C. 20005-3914

Attorney for garnishee Halliburton Technical Services, Inc.

_____
W. Charles Bailey, Jr.