IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Zust Bachmeier of Switzerland, Inc.   *

    Plaintiff,   *

v.   *   Civil Action No. JFM-02CV349

Al Majdouie Group   *

    Defendant.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF DISMISSAL

Plaintiff Zust Bachmeier of Switzerland, Inc. hereby dismisses the writ of garnishment as to garnishee Bechtel Corporation.

Date: 10-3-02

W. Charles Bailey, Jr (#23580)
Greber & Simms
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
(410) 783-5795

Counsel for plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _5_ day of October 2002, a copy of the foregoing Notice of Dismissal was sent by first class, U.S. mail to the following:

Al Majdouie Group
S.I. Mustafa, Vice President of Logistics
P.O. Box 336
Dammam
Kingdom of Saudi Arabia 31411

Defendant

and

Richard J. Magid, Esquire
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1400
Baltimore, Maryland 21202

Attorney for garnishee Bechtel Corporation.

_____
W. Charles Bailey, Jr.